GEFFEN et al., Respondents, v. UNION CLOAK & SUIT CO., Appellant. (City Court of New York, General Term. March 26, 1901.) Action by Morris L. and Phillip Geffen against the Union Cloak & Suit Company. From a judgment for plaintiffs, and from an order denying a new trial, defendant appeals. Affirm-

ed. Louis A. Jaffer, for appellant. Joseph Martin, for respondents.

PER CURIAM. Judgment and order appealed from affirmed, with costs.